1  ROPERS, MAJESKI, KOHN & BENTLEY
   PAMELA E. COGAN (SBN 105089)
2  ROBERT M. FORNI, JR. (SBN 180841)
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   E-mail:       pcogan@rmkb.com, rforni@rmkb.com
5
   Attorneys for Defendants,
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
   and UNIVERSITY OF CALIFORNIA
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12  TERRY EAGLIN,                        CASE NO. 08-CV-3088 FCD JFM

13              Plaintiff,               **STIPULATION AND ORDER DISMISSING DEFENDANT UNIVERSITY OF CALIFORNIA WITHOUT PREJUDICE**

14  v.

15  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON aka LIBERTY
16  MUTUAL, UNIVERSITY OF
    CALIFORNIA and DOES 1 to 100,
17
                Defendant.
18

19       IT IS HEREBY STIPULATED between the parties, by and through their respective

20  counsel of record, that defendant UNIVERSITY OF CALIFORNIA shall be and is hereby

21  \ \ \ \

22  \ \ \ \

23  \ \ \ \

24  \ \ \ \

25  \ \ \ \

26  \ \ \ \

27  \ \ \ \

28  \ \ \ \

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

dismissed from this action without prejudice.

**IT IS SO STIPULATED.**

Dated: February _____, 2009        LAW OFFICES OF DAVID ALLEN


By: /s/ _____
    DAVID ALLEN
    Attorneys for Plaintiff,
    TERRY EAGLIN

Dated: February _____, 2009        ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ _____
    PAMELA E. COGAN
    ROBERT M. FORNI, JR.
    Attorneys for Defendants, LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON
    and UNIVERSITY OF CALIFORNIA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE