ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
E-mail:         pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY EAGLIN,<br><br>           Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON aka LIBERTY MUTUAL, UNIVERSITY OF CALIFORNIA and DOES 1 to 100,<br><br>           Defendant. | CASE NO. 2:08-CV-3088 FCD JFM<br><br>**STIPULATION AND ORDER EXTENDING PARTIES' TIME TO RESPOND TO WRITTEN DISCOVERY [Civ. L.R. 6-144]** |

The parties to the above-entitled action, plaintiff TERRY EAGLIN and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, timely requested and agreed to grant each other a two-week extension of time to respond to each other's first set of written discovery requests. Accordingly,

**IT IS HEREBY STIPULATED** by and between the parties, through their respective attorneys of record, that defendant shall have up to and including July 3, 2009 to respond to plaintiff's first set of interrogatories, requests for admission and requests for production of documents in this action.

**IT IS FURTHER STIPULATED** by and between the parties, through their respective attorneys of record, that plaintiff shall have up to and including July 3, 2009 to respond to

defendant's first set of interrogatories and requests for production of documents.

**IT IS SO STIPULATED**.

Dated: June 24, 2009					DAVID ALLEN & ASSOCIATES


							By:  _____/s/_____
							        DAVID ALLEN
							        Attorneys for Plaintiff, TERRY EAGLIN

Dated: June 24, 2009					ROPERS, MAJESKI, KOHN & BENTLEY


							By:  /s/
							        PAMELA E. COGAN
							        ROBERT M. FORNI, JR.
							        Attorneys for Defendant, LIBERTY LIFE
							        ASSURANCE COMPANY OF BOSTON

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**


Dated: June 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE