ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
E-mail:       pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY EAGLIN,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON aka LIBERTY MUTUAL, UNIVERSITY OF CALIFORNIA and DOES 1 to 100,<br><br>             Defendant. | CASE NO. 2:08-CV-3088 FCD JFM<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS [Civ. L.R. 6-144]** |

**WHEREAS**, the parties to this action have been endeavoring to resolve this action informally,

It is hereby stipulated by and between plaintiff TERRY EAGLIN and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, through their respective attorneys of record, that defendant shall have up to and including August 21, 2009 to respond to plaintiff's

\ \ \ \

\ \ \ \

\ \ \ \

\ \ \ \

\ \ \ \

RC1/5319291.1/RL1

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO DISCOVERY
CASE NO. 2:08-CV-3088 FCD JFM

second set of requests for production of documents in this action.

**IT IS SO STIPULATED**.

Dated:  August 14, 2009                              DAVID ALLEN & ASSOCIATES


By:  _____/s/_____
     DAVID ALLEN
     Attorneys for Plaintiff, TERRY EAGLIN

Dated:  August 14, 2009                              ROPERS, MAJESKI, KOHN & BENTLEY


By:  _____/s/_____
     PAMELA E. COGAN
     ROBERT M. FORNI, JR.
     Attorneys for Defendant, LIBERTY LIFE
     ASSURANCE COMPANY OF BOSTON

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated:  August 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE