ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
E-mail:          pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON (erroneously sued herein as LIBERTY LIFE ASSURANCE COMPANY OF BOSTON aka LIBERTY MUTUAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY EAGLIN,<br><br>           Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON aka LIBERTY MUTUAL, UNIVERSITY OF CALIFORNIA and DOES 1 to 100,<br><br>           Defendants. | CASE NO. 2:08-CV-3088 FCD JFM<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between plaintiff, TERRY EAGLIN, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON (erroneously sued herein as LIBERTY LIFE ASSURANCE COMPANY OF BOSTON aka LIBERTY MUTUAL), by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all defendants, including the UNIVERSITY OF CALIFORNIA.

\ \ \ \

\ \ \ \

\ \ \ \

\ \ \ \

RC1/5367370.1/RMF

STIPULATION AND ORDER DISMISSING
ACTION WITH PREJUDICE
CASE NO. 08-CV-3088 FCD JFM

Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: August ___, 2009          DAVID ALLEN & ASSOCIATES


By: /s/
DAVID ALLEN
Attorneys for Plaintiff, TERRY EAGLIN

Dated: August ___, 2009          ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON (erroneously sued herein as LIBERTY LIFE ASSURANCE COMPANY OF BOSTON aka LIBERTY MUTUAL)

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. The above-captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants, including the UNIVERSITY OF CALIFORNIA. Each party shall bear its own fees and costs.

Dated: October 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE